CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

LORD DANNY JOE HIRSCHFIELD I IN PRO SÉ
**PLAINTIFF**

109 VICTOR ST NE #3
Address (No Post Office Boxes)

WASHINGTON, DC 2
City    State    Zip Code

Case: 1:23-cv-02449 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 8/23/2023
Description: Pro Se Gen. Civ. (F-DECK)

VS.

the UNITED STATES of AMERICA, U.S. treASUry,
**DEFENDANT**

Jury Trial: ☑ Yes  ☐ No

1500 PENNSYLVANIA AVE NW E.T.A.L.
Address (No Post Office Boxes)

WASHINGTON, DC 20220
City    State    Zip Code

**COMPLAINT**

THIS IS A U.S. TOlled OUT CASE Under Title 42 of U.S. Code § 1983 - CIVIL Action for deprivation of RIGHTS; * Including but not limited to Human Rights Violations Violations of the Americans With Disability Acts of 1990 (ADA). The Human Rights Act of 1998, Title 22 U.S. Code § 2304 Human Rights and Security Assistance: Under the foregoing Jurisdictions mentioned of the United States of America, Agencies, entitys, Agents, officers, Offices including Private entities to be Investigated fully and perpatrators of the Law to be fully prosecuted and punished to the fullest extent of the LAW. Civil Compensation to be announced in Seperate demand following this case.

Lord D[signature] I in Pro Sé
Original Signature (in pen)

NON-Prisoner
RECEIVED
AUG 2 3 2023
U.S. District & Bankruptcy
Courts for the District of Columbia

LORD DANNY JOE HIRSCHFIELD I Pro Sé
Name (if applicable, Prisoner ID No.)

109 VICTOR ST. NE #3.
Address or Facility Address

WASHINGTON, DC 20011
City    State    Zip Code

USA

TEL (202) 455-9577

Rev: 01/10/2023
*Use additional pages as needed