UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANNY JOE HIRSCHFIELD I, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.  23-02449 (UNA) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This action, brought *pro se*, is before the Court on review of Plaintiff's Complaint, Dkt. 1, and application to proceed *in forma pauperis*, Dkt. 2.  The Court will grant the application and dismiss the case pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint fails to state a claim on which relief may be granted).

Complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers.  *See Haines v. Kerner*, 404 U.S. 519, 520 (1972).  Still, *pro se* litigants must comply with the Federal Rules of Civil Procedure.  *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987).  Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks.  Fed. R. Civ. P. 8(a).  It "does not require detailed factual allegations, but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation."  *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (internal quotation marks and citation omitted).

Plaintiff is a District of Columbia resident who has sued the federal government. In the one-page complaint, Plaintiff alleges no discernible facts and demands no relief. He mentions several federal laws, most notably 42 U.S.C. § 1983, which "permits suit against a 'person' acting under color of State or District of Columbia law." *Settles v. U.S. Parole Comm'n*, 429 F.3d 1098, 1103 (D.C. Cir. 2005). By its terms, section 1983 does not apply to the federal government. *See id*. at 1104-05. Therefore, this case will be dismissed by separate order.

Date: September 22, 2023

_____/s/_____
DABNEY L. FRIEDRICH
United States District Judge