# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANNY JOE HIRSCHFIELD I, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No.  23-02449 (UNA) |
| | ) |
| UNITED STATES OF AMERICA *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's Motion for Leave to Proceed *in forma pauperis*, Dkt. 2, is **GRANTED**; it is further

**ORDERED** that the complaint and this case are **DISMISSED** without prejudice, and the case is closed.

This is a final appealable Order.

_____/s/_____
DABNEY L. FRIEDRICH
Date: September 22, 2023                              United States District Judge